UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FELIPE MORA, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 5:09-CV-131-C |
| | ) ECF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed this complaint seeking review of a decision of the Commissioner of Social Security. Plaintiff moved to dismiss, stating that he no longer desires to prosecute his claim. The Commissioner did not object to the court dismissing the claim. The United States Magistrate Judge filed a Report and Recommendation, stating that this action should be dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

It is, therefore, **ORDERED** that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby **DISMISSED** without prejudice.

Dated June 16, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT